IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| A Minor<br>By DONNA SHANNON,<br><br>　　　Plaintiff<br>v.<br><br>ONYX FINNEY,<br><br>And<br><br>METLIFE INC.,<br><br>　　　Defendants | CIVIL ACTION NO.<br><br>5:11-cv-400 |

## COMPLAINT

COMES NOW, ˍˍˍˍˍˍˍˍˍˍ, plaintiff herein, by and through her mother, DONNA SHANNON, and brings this Complaint for an Order of Reversal for payment of Federal Employees' Group Life Insurance benefits against ONYX FINNEY, and METLIFE INC., herein named as defendants, and shows the Court as follows:

1.

That plaintiff is a resident of Houston County, Georgia, and lives at 913 Arrowwood Drive in Warner Robins, Georgia, 31088, is a minor and brings this action by and through her mother, Donna Shannon.

2.

That defendant Onyx Finney is a resident of Philadelphia, Pennsylvania, currently residing at 6387 Sherwood Road, 19151; the defendant Metlife Inc. has its corporate headquarters at 200 Park Avenue, New York, NY 10166, and administers the Federal Employees' Group Life Insurance

The grounds upon which plaintiff brings this action are those as contemplated by 5 U.S.C. § 8075 and 5 C.F.R. 870, setting out the order of precedence and payment of death claims for Federal Employees' Group Life Insurance policies.

4.

Plaintiff, ____, is one of two (2) biological daughters of James Edward Finney, who passed away on July 11, 2010, (See Exhibit A) with a policy on his life through the Federal Employees' Group Life Insurance written by Defendant, Metlife Inc. (See Exhibit B) Defendant, Onyx Finney is also James Edward Finney's daughter and is over the age of majority.

5.

James Edward Finney failed to designate beneficiaries on his Federal Employees' Group Life Insurance Policy before he died.

6.

Some time subsequent to James Edward Finney's passing, Defendant Onyx Finney submitted a Claim for Death Benefits to Defendant Metlife Inc. representing to them that she, Onyx Finney was the only child surviving the decedent, James Edward Finney.

7.

Based on the false representations of Defendant, Onyx Finney, Defendant Metlife Inc. in turn, erroneously paid all death benefits available on the policy held on James Edward Finney's life over to Onyx Finney to the wrongful exclusion of Plaintiff, ____.

8.

Pursuant to 5 U.S.C. § 8075, the order of precedence of payment of death claims under the

Federal Employees' Group Life plan is as follows: "if there is no beneficiary, to the widow or widower of the employee; [then] to the child or children of the employee and descendants of deceased children by representation." According to 5 C.F.R. § 870 governing the Federal Employees' Group Life Insurance Program, the order of payment of benefits is as follows: "(1) to the designated beneficiary (or beneficiaries); (2) if none, to the widow(er); (3) if none, to the child or children in equal shares..."

9.

Plaintiff, ------- is due one-half (1/2) of the death benefit Defendant Metlife Inc. paid out on the life of her father, James Edward Finney.

WHEREFORE, plaintiff prays:

(a) That this Court Order a Reversal of payment of benefits solely to Onyx Finney; and

(b) That this Court award Plaintiff half the benefits payable from James Edward Finney Federal Employees' Group Life Policy underwritten by Defendant, Metlife Inc.; and

(c) For such other and further relief as this Court may see just and proper.

This 5th day of October, 2011.

*Donna Shannon*
DONNA SHANNON,
For her minor daughter,
Plaintiff

I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.

Prepared by:
Jennifer N. Haskins
GA Bar # 336116
3402 Vineville Avenue, Ste. B
PO Box 5085
Macon, GA 31208
jen@jenhaskinslaw.com
Telephone: 478-475-5334

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| A Minor<br>By DONNA SHANNON<br><br>Plaintiff<br><br>v.<br><br>ONYX FINNEY,<br><br>And<br><br>METLIFE INC.,<br><br>Defendants | CIVIL ACTION NO. |

Personally appeared DONNA SHANNON, for her minor daughter, _____, Plaintiff, who, after being duly sworn, states that the facts alleged in the foregoing COMPLAINT are True.

_____
DONNA SHANNON,
For her minor daughter,

Plaintiff

Sworn to and Subscribed before me
This 5th day of October, 2011:

_____
Notary Public

TERI McCLENDON
MY COMMISSION EXPIRES
MAY 27, 2014
BIBB COUNTY, GA